## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

John Francis Lechner,

        Petitioner,

v.

Denise Wilson, Warden,

        Respondent.

Civ. No. 15-79 (ADM/BRT)

**ORDER**

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Becky R. Thorson dated February 12, 2015. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. Lechner's petition for a writ of habeas corpus (Doc. No. 1) and motion for relief under 28 U.S.C. § 2241 (Doc. No. 2) are **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction; and

2. Lecher's application to proceed *in forma pauperis* (Doc. No. 3) is **DENIED AS MOOT**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.


2

Date: March 5, 2015

                                 s/Ann D. Montgomery  
                                 ANN D. MONTGOMERY  
                                 United States District Judge